IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY SCOTT,

    Petitioner,                   No. 2:11-cv-0835 KJN P

    vs.

DR. FERRANTI,

    Respondent.                ORDER

_____/

        Petitioner has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed April 5, 2011, petitioner's application was dismissed and petitioner was granted thirty days to file an amended application. The thirty day period has now expired, and petitioner has not filed an amended application.

        On May 2, 2011, petitioner filed a document entitled "Request for Voluntary Correspondence," in which petitioner asks the undersigned to send petitioner the "form to file for update and disposition." (Dkt. No. 5 at 1.) Petitioner seeks a "voluntary correspondence approval as for [Superior Court] Judge Marjorie Korell endorsement to Napa State Hospital on 4-22-2011. [His] counsel and the D.A. requested a dismissal except she denied it." (Id.) Petitioner includes a number of other questions that appear to pertain to his underlying criminal proceedings.

1

As noted in this court's April 5, 2011 order, this court cannot interfere with pending state criminal proceedings in the absence of extraordinary circumstances not present here. (Dkt. No. 3 at 2.) Because petitioner is attempting to challenge pending criminal proceedings, this action is dismissed under <u>Younger v. Harris</u>, 401 U.S. 37, 45-46 (1971).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: May 9, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/scot0835.fta